COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE | § | No. 08-10-00136-CV |
| CARLOS ESPINOZA, | § | An Original Proceeding |
|  | § | in Mandamus |
| RELATOR | § |  |

**MEMORANDUM OPINION**
**ON PETITION FOR WRIT OF MANDAMUS**

Relator, Carlos Espinoza, asks this Court to issue a writ of mandamus against the Honorable Yahara Gutierrez, Judge of the 65th District Court of El Paso County. To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate he has no adequate remedy by appeal. *Id*. at 135-36. Based on the record before us, we are unable to conclude that Relator is entitled to mandamus relief. Accordingly, we deny mandamus relief. *See* TEX.R.APP.P. 52.8(a). Further, we deny Relator's motion to stay trial court proceedings. *See* TEX.R.APP.P. 52.10.

May 5, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.